AUSAs: Ariana L. Bloom

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | **25 MAG 2102** |

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARCOS VELOZ,<br><br>             Defendant. | **COMPLAINT**<br><br>Violations of<br>18 U.S.C. §§ 1951, 924(c), and 2.<br><br>COUNTY OF OFFENSE:<br>BRONX |

SOUTHERN DISTRICT OF NEW YORK, ss.:

KERRI KUHL, being duly sworn deposes and says that she is a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, and charges as follows:

## COUNT ONE
(Conspiracy to Commit Hobbs Act Robbery)

1.      From in or about December 2024 up to and including in or about March 2025, in the Southern District of New York and elsewhere, MARCOS VELOZ, the defendant, and others known and unknown, knowingly combined, conspired, confederated, and agreed together and with each other to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, VELOZ conspired with others to commit armed robberies of at least two parking garages in the Bronx, New York, including on or about December 30, 2024 and on or about March 1, 2025.

(Title 18, United States Code, Section 1951.)

## COUNT TWO
(Hobbs Act Robbery)

2.      On or about December 30, 2024, in the Southern District of New York and elsewhere, MARCOS VELOZ, the defendant, knowingly committed robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and thereby obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and aided and abetted the same, to wit, VELOZ and others robbed at gunpoint a parking garage in the Bronx, New York.

(Title 18, United States Code, Sections 1951 and 2.)

## COUNT THREE
(Hobbs Act Robbery)

3.      On or about March 1, 2025, in the Southern District of New York and elsewhere, MARCOS VELOZ, the defendant, knowingly committed robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and thereby obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and aided and abetted the same, to wit, VELOZ and others robbed at gunpoint a parking garage in the Bronx, New York.

(Title 18, United States Code, Sections 1951 and 2.)

## COUNT FOUR
(Firearms Use, Carrying, and Possession)

4.      On or about December 30, 2024, in the Southern District of New York and elsewhere, MARCOS VELOZ, the defendant, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the Hobbs Act robbery charged in Count Two of this Complaint, knowingly aided and abetted the use, carrying, and possession of a firearm, which was brandished.

(Title 18, United States Code, Sections 924(c)(1)(A)(i) and (ii), and 2.)

## COUNT FIVE
(Firearms Use, Carrying, and Possession)

5.      On or about March 1, 2025, in the Southern District of New York and elsewhere, MARCOS VELOZ, the defendant, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the Hobbs Act robbery charged in Count Three of this Complaint, knowingly aided and abetted the use, carrying, and possession of a firearm, which was brandished.

(Title 18, United States Code, Sections 924(c)(1)(A)(i) and (ii), and 2.)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

6.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and I am a Task Force Officer currently assigned to the Sparta Joint Robbery Take Force (the "Task Force") comprised of members of ATF and the New York City Police Department (the "NYPD").  I have been personally involved in the investigation of this matter. This affidavit is based upon my investigation, my conversations with law enforcement agents and others, and my examination of reports and records.  Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

2

**7.**     The Task Force is investigating two armed robberies of parking lots in the Bronx, New York.  The first armed robbery in this investigation occurred on or about December 30, 2024 (the "December 2024 Robbery"), and the second armed robbery in this investigation occurred on or about March 1, 2025 (the "March 2025 Robbery").  For the reasons described in Paragraphs 10 through 17, *infra*, I know that MARCOS VELOZ participated in both the December 2024 Robbery and the March 2025 Robbery.

### The December 2024 Robbery

8.     Based on my participation in this investigation, my conversations with other law enforcement officers, my review of law enforcement reports, and my review of surveillance video from the location of the December 2024 Robbery, I have learned the following:

a.     On or about December 30, 2024, at approximately 11:00 p.m., approximately six robbers (the "December Robbers") wearing dark masks entered a paid parking lot ("Parking Lot-1") in the vicinity of 2740 Webster Avenue in the Bronx, New York.

b.     One of the December Robbers ("December Robber-1"), who was wearing a black vest over a light-colored sweatshirt, displayed a firearm.  Certain of the December Robbers forced their way into the office of Parking Lot-1.  **Image 1** below, which is a still image taken from surveillance footage captured at Parking Lot-1, shows December Robber-1 displaying a firearm, which is circled in white, during the December 2024 Robbery.  **Image 2**, below, which is another still image taken from surveillance footage captured at Parking Lot-1, also shows Robber-1 during the December 2024 Robbery.



**Image 1**



**Image 2**

        c.      The December Robbers then stole the key fobs for two vehicles—a black Mercedes Benz GLE (the "Black Mercedes GLE") and a black BMW X3 (the "Black BMW X3") parked in Parking Lot-1 and struck a victim ("December Victim-1") in the midsection, causing pain and physical injury.

        d.      Certain of the December Robbers, including December Robber-1, then approached a second victim ("December Victim-2"), who was sitting in a gray 2024 Honda Passport (the "Victim-2's Honda Passport"). December Robber-1 brandished a black firearm, and the December Robbers directed Victim-2 to get out of Victim-2's Honda Passport. Victim-2 then got out of the vehicle and was ordered to the ground, while December Robber-1 pointed the black firearm at Victim-2.

        e.      Certain of the December Robbers then forcibly removed a wallet from the pocket of a third victim ("December Victim-3").

        f.      The December Robbers then fled from Parking Lot-1 in three stolen vehicles, (1) the Black Mercedes GLE, (2) the Black BMW X3, and (3) a Victim-2's Honda Passport. December Robber-1, in particular, fled in Victim-2's Honda Passport.

**The March 2025 Robbery**

     9.      Based on my participation in this investigation, my conversations with other law enforcement officers, and my review of law enforcement reports, including NYPD Complaint reports, and my review of surveillance video from the location of the March 2025 Robbery, I have learned the following:

        a.      On or about March 1, 2025, at approximately 12:50 a.m., approximately four robbers (the "March Robbers") wearing dark masks entered a paid parking lot ("Parking Lot-2") in the vicinity of 311 East 194th Street in the Bronx, New York. One of the March Robbers ("March Robber-1") was wearing gray sneakers (the "Gray Sneakers"), a black vest (the "Black

4

Vest") over a light-colored sweatshirt, and was carrying a black firearm, which is circled in white. **Image 3** below, which is a still image taken from surveillance footage captured at Parking Lot-2, shows March Robber-1 displaying a black firearm during the commission of the March 2025 Robbery.



**Image 3**

  b.  Certain of the March Robbers approached an employee of Parking Lot-2 ("March Victim-1") pointed a gun at March Victim-1's head and demanded keys to cars that were in Parking Lot-2. The March Robbers then removed multiple keys from the office of Parking Lot-2.

  c.  Certain of the March Robbers also approached another victim ("March Victim-2"), displayed a firearm, and forcibly removed March Victim-2's wallet from his person.

  d.  The March Robbers ultimately fled in three vehicles that they stole from Parking Lot-2: (1) a white BMW, (2) a white Jeep Grand Cherokee (the "White Jeep Grand Cherokee"), and (3) a black Mercedes.

  e.  When the March Robbers fled, they also stole additional property, including the keys to a Nissan Altima and March Victim-2's wallet.

**Identification of VELOZ as March Robber-1**

  10.  Based on my review of surveillance footage from outside Parking Garage-2, I know that shortly before the March 2025 Robbery, March Robber-1 was holding a small black radio (the "Black Radio") and the placed the Black Radio into the zippered left breast pocket of the Black Vest. **Image 4** below, which is a still image taken from surveillance footage captured outside Parking Garage 2, shows March Robber-1 holding the Black Radio.



**Image 4**

11.    Based on my review of law enforcement documents and records and body worn-camera footage of law enforcement officers, I know the following:

a.    On or about March 4, 2025—that is, three days after the March 2025 Robbery in which the March 2025 Robbers stole three vehicles, including a white Jeep Grand Cherokee—law enforcement officers received an alert regarding a license plate reader ("LPR") hit for a stolen Florida license plate on a white Jeep Grand Cherokee. Law enforcement officers then conducted a canvass of the area around the location of the LPR hit, and, in the vicinity of Thayer Street and Broadway in New York, New York, law enforcement officers found MARCOS VELOZ sitting in the driver's seat of the stolen white Jeep Grand Cherokee that appeared consistent with the White Jeep Grand Cherokee stolen in the March 2025 Robbery.

b.    Law enforcement officers then arrested VELOZ for possession of stolen property (the "March 4, 2025 Arrest").

c.    At the time of the March 4, 2025 Arrest, VELOZ was wearing a black vest with a zippered pocket on the left breast, as shown in **Image 5** below, which is a still image captured from body-worn camera footage of a law enforcement officer present for the March 4, 2025 Arrest.



**Image 5**

d.      At the time of the March 4, 2025 Arrest, VELOZ was wearing gray Asics sneakers, as shown in **Image 6** below, which is a photograph taken by law enforcement officers in connection with the March 4, 2025 Arrest.



**Image 6**

e.      In conducting a search incident to the March 4, 2025 Arrest, law enforcement officers recovered a black radio capable of receiving wireless transmissions on a frequency allocated for police use from the zippered left breast pocket of the black vest that VELOZ was wearing.  **Image 7** below, which is a still image captured from body-worn camera of one of the law enforcement officers who arrested VELOZ on or about March 4, 2025, shows law enforcement officers recovering a black radio from the zippered left breast pocket of VELOZ's vest.

7



**Image 7**

12.    Based on my comparison of the body-worn camera footage and pictures taken from the March 4, 2025 Arrest on the one hand, with surveillance footage from the inside and outside of Parking Garage-2 at the time of the March 2025 Robbery on the other hand, I know the following:

a.    The black vest MARCOS VELOZ, the defendant, was wearing at the time of his arrest on or about March 4, 2025 **(Image 5)** appears consistent with the Black Vest worn by March Robber-1 before and during the March 2025 Robbery **(Images 3 & 4)**.

b.    The black radio recovered from the left breast pocket of VELOZ's vest at the time of his arrest on or about March 4, 2025 **(Image 7)** appears consistent with the Black Radio that March Robber-1 put in the left breast pocket of the Black Vest the night of the March 2025 Robbery **(Image 4)**.  The below images are versions of **Images 4** and **Image 7** that are cropped to focus on the consistent black radios, circled in white below.




**Image 4 (cropped)**                    **Image 7 (cropped)**

c.    The gray sneakers that VELOZ was wearing at the time of his arrest on or about March 4, 2025 **(Image 6)** appear consistent with the Gray Sneakers worn by March Robber-

1 during the March 2025 Robbery **(Image 3)**. The below images are versions of **Image 3** and **Image 6** that are cropped to focus on the consistent gray sneakers, circled in white below.

 

**Image 3 (cropped)**          **Image 6 (cropped)**

13.     Accordingly, there is probable cause to believe that March Robber-1 is MARCOS VELOZ, the defendant.

### Identification of VELOZ as December Robber-1

14.     Based on my participation in this investigation, my conversations with other law enforcement officers, and my review of law enforcement reports, I know that on or about December 31, 2024, law enforcement officers used geolocation information to determine the location of Victim-2's Honda Passport. Based on that information, law enforcement officers were able to determine that Victim-2's Honda Passport was in the vicinity of Dyckman Street and Vermilyea Avenue in New York, New York.

15.     Based on my review of surveillance footage collected from the vicinity of 15 Vermilyea Avenue, New York, New York, and still images of surveillance footage collected from the vicinity of 29 Vermilyea Avenue, New York, New York, as well as law enforcement reports and records, I know the following:

a.     At approximately 5:23 a.m. on or about December 31, 2025—that is, approximately six hours after the December 2024 Robbery—an individual driving a gray Honda Passport parked at the corner of Dyckman Street and Vermilyea Avenue in New York, New York. The license plate on the gray Honda Passport had been removed, but based on the geolocation information discussed in Paragraph 14, *supra*, law enforcement officers were able to determine that this gray Honda Passport was Victim-2's Honda Passport.

b.     At approximately 5:36 a.m., the male suspect exited Victim-2's Honda Passport, walked in front of the firehouse in the vicinity of 29 Vermilyea Avenue, and then walked back towards Dyckman Street. **Images 8** and **9** below are still images captured from surveillance footage taken from the vicinity of 29 Vermilyea Avenue in New York, New York showing the individual observed in possession of Victim-2's Honda Passport.

 

**Image 8**                              **Image 9**

       c.     On or about January 13, 2025, law enforcement created a flier (the "Wanted Flier") using **Images 8** and **9** above, which, as described in Paragraph 15(b), *supra*, show the individual observed who had been driving Victim-2's Honda Passport approximately six hours after the commission of the December 2024 Robbery.

       d.     On or about March 4, 2025, a law enforcement officer ("Officer-1"), who was the arresting officer in the March 4, 2025 Arrest of MARCOS VELOZ, the defendant, identified the individual on the Wanted Flier as VELOZ, the individual Officer-1 had arrested earlier that day.  **Image 10** below is a photograph of the Wanted Flier that Officer-1 signed, as shown in the red circle below, confirming that he recognized the individual on the Wanted Flier as VELOZ.



**Image 10**

16.    Based on my comparison between still images from surveillance footage from Parking Garage-1 during the December 2024 Robbery **(Images 1 and 2)** and still images from surveillance footage of Parking Garage-2 during the March 2025 Robbery **(Image 3)**, I know that the sweatshirt and black vest worn by December Robber-1 appear consistent with the sweatshirt and the Black Vest worn by March Robber-1 and, therefore, with the black vest worn by VELOZ at the time of the March 4, 2025 Arrest. *See* Paragraph 12(a), *supra*. The below images are versions of **Image 7** and **Image 9** that are cropped to focus the black vests worn by the individual in each image.

     

**Image 1 (cropped)**            **Image 3 (cropped)**

17.    Accordingly, there is probable cause to believe that December Robber-1 is MARCOS VELOZ, the defendant.

WHEREFORE, I respectfully request that a warrant be issued for the arrest of MARCOS VELOZ, the defendant, and that he be imprisoned or bailed, as the case may be.


/s/ Kerri Kuhl (by GS w/ permission)
_____
KERRI KUHL
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives


Sworn to me through the transmission of this
Complaint by reliable electronic means, pursuant to
Federal Rules of Criminal Procedure 41(d)(3) and
4.1 this 30th day of June 2025

_____
HONORABLE GARY STEIN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK